ACCEPTED
05-14-00675-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/31/2015 4:06:42 PM
LISA MATZ
CLERK

## No. 05-14-00675-CV

IN THE
COURT OF APPEALS FOR THE FIFTH DISTRICT COURT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/31/2015 4:06:42 PM
LISA MATZ
Clerk

Roscoe F. "Trey" White, III, and
White Ventures Energy, LLC,

Appellants,

v.

Michael Pottorff and Monica Fabbio,
derivatively on behalf of Investors Group, LLC
f/k/a WE Investors Group, LLC

Appellees

*Appeal from County Court at Law No. 4, Dallas County, Texas*
*Cause No. CC-11-00751-D*
*The Honorable Ken Tapscott, Presiding Judge*

---

### JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR REHEARING

---

The deadline to file Motions for Rehearing is September 2, 2015. The parties request a 14-day extension of time, until September 16, 2015, to file their motions. This is first request for an extension.

Appellees need additional time because their counsel have had and will have several deadlines in other matters which coincide and interfere with Appellees'

1

current deadline. Since the opinion was issued on August 18, 2015, Appellees' counsel have had the following deadlines: preparing for, taking and defending depositions of defendants and both parties' experts in Cause No. DC-13-08521, in the 91st Judicial District Court of Dallas County on August 18, 19 and 20, 2015; a deposition in Cause No. D-1-GN-11-3133, in the 261st Judicial District Court of Travis County on August 24, 2015; and mediation in Cause No. DC-13-08521on August 27, 2015.

In addition to the above-listed deadlines, Appellants' counsel are scheduled for the following during the remainder of the time left to file the motion for rehearing: mediation on September 1, 2015 in Cause No. 14-O-018, in the 421st Judicial District court of Caldwell County; summary-judgment responses on September 2 and 4, 2015 in Cause No. DC-13-08521, along with summary judgment hearings in that case on September 7 and 9, 2015; depositions of four deponents on September 3 and September 10, 2015 in Cause No. D-1-GN-11-3133; and finally, a preferentially-set jury trial in Cause No. DC-13-08521beginning on September 14, 2015.

Appellants request the same extension so that they will not be placed at a disadvantage by the Appellees having Appellant's motion for rehearing to analyze and draft a response to two weeks before Appellants receive Appellee's motion for rehearing.

**Prayer**

Based on the foregoing, the parties request that the Court grant their request for a 14-day extension of time to file their motions for rehearing.

Respectfully submitted,

**DUGGINS WREN MANN & ROMERO, LLP**
P.O. Box 1149 | Austin, Texas 78767
512.744.9300 (tel.) | 512.744.9399 (fax)

By:  */s/ William P. Johnson*
William P. Johnson | SBN: 24002367
bjohnson@dwmrlaw.com
Adrian Ciechanowicz | SBN: 24045659
aciechanowicz@dwmrlaw.com

*Attorneys for Appellees*

and

**HAWKINS PARNELL THACKSTON & YOUNG, LLP**
4541 Cole Avenue, Suite 500
Dallas, TX 75205
214.780.5114 (tel.) | 214.780.5200 (fax)

By:  */s/ Robert B. Gilbreath*
Robert B. Gilbreath | SBN: 07904620
rgilbreath@hptylaw.com

*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2015, I served a true and correct copy of the foregoing document via email to:

Robert B. Gilbreath
HAWKINS PARNELL THACKSTON & YOUNG, LLP
4541 Cole Avenue, Suite 500
Dallas, TX 75205
rgilbreath@hptylaw.com

*Attorneys for Appellants*

*/s/ William P. Johnson*
William P. Johnson